

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00497-CR

| | | |
|---|---|---|
| Sean Armstrong | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1375092D) |
| v. | § | August 27, 2015 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
    Justice Sue Walker